**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X

ERIK CRESPO,

Plaintiff,

-v-

COMMISSIONER OF SOCIAL SECURITY,

Defendant.
------------------------------------------------------------X

21 **CIVIL** 1658 (NSR)(PED)

**JUDGMENT**

It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons

stated in the Court's Stipulation and Order dated November 29, 2021, that the decision of the

Commissioner of Social Security be, and hereby is, reversed and that this action be, and hereby

is remanded to the Commissioner of Social Security, pursuant to sentence four of 42 U.S.C.

405(g), for further administrative proceedings.

**Dated:** New York, New York
November 29, 2021

**RUBY J. KRAJICK**

**Clerk of Court**

BY:

X Mango

**Deputy Clerk**